# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

OZ Urinal, LLC, et al.

                Plaintiff,

v.

Case No.: 1:24−cv−00849

Honorable Steven C. Seeger

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 9, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion for electronic service of process under Rule 4(f)(3) (Dckt. No. [14]) is hereby granted. Plaintiff's motion for a TRO (Dckt. No. [9]) is hereby granted in part. TRO to follow. Plaintiff's motion for an expedited discovery order (Dckt. No. [19]) is denied as moot in light of the discovery authorized by the TRO. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.